USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Mary Beth Knight,

          Plaintiff,

–v–

Stryker Corporation, *et al.*,

          Defendants.

20-cv-2798 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

On May 21, 2020, the Court ordered Plaintiff to "notify the Court and its adversary in writing whether (1) it intends to file an amended pleading and when it will do so or (2) it will rely on the pleading being attacked." Dkt. No. 13. The Court is not in receipt of this letter. Plaintiff must submit this letter no later than July 3, 2020.

SO ORDERED.

Dated: June 29, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge